IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROLAND MAYCOLE, | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA CORPORATION FOR | : | NO. 13-4047 |
| AGING, et al., | : | |
|    Defendants. | : | |

ORDER

AND NOW, this 31st day of March 2014, for the reasons given in the Court's Memorandum Order entered simultaneously with this Order, it is hereby ORDERED that final judgment is entered in favor of Defendants, Philadelphia Corporation for Aging and Deborah L. Elko, and against Plaintiff, Roland Maycole.

The Clerk of Court shall mark this matter closed for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.